# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1693
_____

ANTONIO BECK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 24, 2024

PER CURIAM.

AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Iyada Jackson, Jackson Legal Services, LLC, Altamonte Springs, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.